IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. KREJCI and L. JOANNE KREJCI, | 4:04CV3155 |
| Plaintiffs, | |
| vs. | **MEMORANDUM AND ORDER** |
| HOMECOMINGS FINANCIAL NETWORK, INC., dba HOMECOMINGS FINANCIAL, a foreign corporation, and HOME LOAN CORPORATION, dba EXPANDED MORTGAGE CREDIT, a foreign corporation, | |
| Defendants. | |

This matter is before the court on a report and recommendation issued by Magistrate Judge Piester (filing 6), recommending that this action be dismissed with prejudice, as it proceeded in the Bankruptcy Court where it was settled and subsequently dismissed with prejudice. No objection to the report and recommendation has been filed within the time allowed by Fed. R. Civ. P. 72 and NECivR 72.3.

I have conducted, pursuant to 28 U.S.C. § 636(b)(1) and NECivR 72.3, a de novo review of the Recommendation. Inasmuch as Judge Piester has fully, carefully, and correctly applied the law to the facts, I find that the Recommendation should be adopted and this matter should be dismissed.

Accordingly,

IT IS ORDERED:

1.  The Magistrate Judge's Report and Recommendation (filing 6) is adopted;

2.  This action is dismissed; and

3.  Judgment shall be entered by separate order.

June 19, 2006.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge